Daniel Lopez #Bg3677
Name and Prisoner/Booking Number

CSP-LAC
Place of Confinement

Po-Box 4610 / 44750 60th ST
Mailing Address

West Lancaster CA 93539
City, State, Zip Code

**FILED**

NOV 12 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Daniel Lopez,
(Full Name of Plaintiff)     Plaintiff,

v.

(1) CDC Director/Secretary,
(Full Name of Defendant)

(2) Warden R. Perry / John Doe,

(3) Lt. Crother,

(4) C/O Barrier,
   AW ADA Defendant(s). John Doe

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21-CV 2094 - ___ AC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: 42 USC 1983

Revised 3/15/2016                       1

## B. DEFENDANTS

1. Name of first Defendant: __Warden R. Perry / John Doe__. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

2. Name of second Defendant: __CDC Director/secretary__. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: __Lt. Crother__. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: __C/O. Barrier__. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? __N/A__ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2



## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Basic Necessities 8TH Amendment__.

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While at High Desert prison on These dates and times. I was refused my basic necessities - starting from 3/3/2021 to 3/17/21, 6:00am - 9:00am my basic necessities of breakfast and lunch was purposely being denied. Officer Barrier on A yard / 3 Block would skip my cell when passing out breakfast trays and lunch. This is all recorded on HDSP Dayroom security building camera. Also on 3/10/21 me and my cellmate Daniel Buda confronted this officer as to why he was retaliating against us - or treating us in this manner and he replied that I had 602 him and did not like our kind in his block.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Mental Anguish, hardship, Nutrition failure, mental health program, Trauma.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __exhuasted All Remedies with no Positive Results__.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __8th & 14th Amendment__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On those dates between 3/3/21 to 3/17/21 He at times would kick in my lunch with such force that my milk would explode & damage my food and say eat shit when ask why His behavior was like this. He also physically threatened me and challenge me to fight on 3/3, 3/10/21 In the Day Room time 9:30 - 10:15 AM on camera chaseing me, as I walked away. several times He would continue to follow me and threaten me. everything on camera.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   slaming my Door very hard & loud causing ear Drum soreness and kicking my milk and lunch into cell and at times splash onto me. And intimedate me, and Barking me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ ~~Yes~~ ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __No positive outcome No intervening__

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 8th & 14th amendment.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I had got into a argument with officer Barnier about my muslim Rug I had hung to Dry in my cell. He wanted it down immediately and I had told him to please give me a minute to wash my hands thouroghly before I can touch the Rug. He did not understand that and cursed at me and wrote me up. Since than he stoped feeding me and would physically challenge me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Denieing me my Religiouse Rights That I practice To properly wash and Hold my prayer Rug when hands are only cleansed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. No positive outcome no intervene

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: 500,000 K per Defendant and Retraining for All officers Involved and Lt. Underl

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/20/21
DATE

SIGNATURE OF PLAINTIFF

u Eugene Red protsman    CDC #P39467
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Clerk US Dist Court
STREET ADDRESS: eastern Dist Calif
MAILING ADDRESS: 501 I St, Room #4-200
CITY AND ZIP CODE: Sacramento, CA. 95814
BRANCH NAME:

PETITIONER/PLAINTIFF: Daniel Lopez BQ3677

RESPONDENT/DEFENDANT: CDC Director/Secretary, Warden Perry, Lt C Rother, AW ADA

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

CASE NUMBER:

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place. Yes

2. My residence or business address is: P.O. Box 4610 / 44750 60th St West
   Lancaster, Calif. 93539

3. On (date): _____ I mailed from (city and state): _____
   the following **documents** (specify):
   FORMA PAUPERIS,
   42 USC 1983

   [X] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. [ ] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [X] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served:
   b. **Address** of person served: Clerk of US Court
      501 I St. Room #4-200
      Sacramento, Calif 95814

   [X] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/29/21

(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM) — (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

# INFORMATION SHEET FOR PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL

*(This information sheet is not part of the Proof of Service and does not need to be copied, served, or filed.)*

**NOTE:** This form should **not** be used for proof of service of a summons and complaint. For that purpose, use *Proof of Service of Summons* (form POS-010).

Use these instructions to complete the *Proof of Service by First-Class Mail—Civil* (form POS-030).

A person over 18 years of age must serve the documents. There are two main ways to serve documents:
(1) by personal delivery and (2) by mail. Certain documents must be personally served. You must determine whether personal service is required for a document. Use the *Proof of Personal Service–Civil* (form POS-020) if the documents were personally served.

The person who served the documents by mail must complete a proof of service form for the documents served. **You cannot serve documents if you are a party to the action.**

**INSTRUCTIONS FOR THE PERSON WHO SERVED THE DOCUMENTS**

The proof of service should be printed or typed. If you have Internet access, a fillable version of the Proof of Service form is available at *www.courtinfo.ca.gov/forms*.

*Complete the top section of the proof of service form as follows:*

<u>First box, left side</u>: In this box print the name, address, and telephone number of the person *for* whom you served the documents.

<u>Second box, left side</u>: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as on the documents that you served.

<u>Third box, left side</u>: Print the names of the Petitioner/Plaintiff and Respondent/Defendant in this box. Use the same names as are on the documents that you served.

<u>First box, top of form, right side</u>: Leave this box blank for the court's use.

<u>Second box, right side</u>: Print the case number in this box. The case number should be the same as the case number on the documents that you served.

*Complete items 1–5 as follows:*

1. You are stating that you are over the age of 18 and that you are not a party to this action. You are also stating that you either live in or are employed in the county where the mailing took place.

2. Print your home or business address.

3. Provide the date and place of the mailing and list the name of each document that you mailed. If you need more space to list the documents, check the box in item 3, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)), and attach it to form POS-030.

4. For item 4:

    Check box a if you personally put the documents in the regular U.S. mail.
    Check box b if you put the documents in the mail at your place of business.

5. Provide the name and address of each person to whom you mailed the documents. If you mailed the documents to more than one person, check the box in item 5, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (form POS-030(P)), and attach it to form POS-030.

**At the bottom, fill in the date on which you signed the form, print your name, and sign the form. By signing, you are stating under penalty of perjury that all the information you have provided on form POS-030 is true and correct.**

POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST CLASS MAIL—CIVIL**
**(Proof of Service)**