UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDC DIRECTOR, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-02094 AC<br><br><br><br>ORDER |

Plaintiff filed a Notice of Election requesting time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file a first amended complaint.
2. Failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed without prejudice.

DATED: January 9, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1