UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, | No. 2:21-cv-2094 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| CDC DIRECTOR, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed April 1, 2025, plaintiff's first amended complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 29. Plaintiff has now notified the court that he would like to amend the complaint, and has filed what purports to be an amended complaint. ECF Nos. 30, 31.

      The order screening the first amended complaint included the legal standard for amended complaints and included an advisement that "the court cannot refer to a prior pleading in order to make his amended complaint complete" and that "every claim and every defendant must be included" in an amended complaint. ECF No. 29 at 10. However, the document submitted is not a proper amended complaint, as it does not reallege the factual basis for plaintiff's claims and instead simply provides additional information regarding the claims that were found to be insufficiently pled. ECF No. 31. It also fails to identify the claims against each of the

1

1  defendants, the basis for the claims against them, or the relief plaintiff is seeking. Id. Because
2  the document is not a proper complaint and does not state any viable claims, it will be
3  disregarded. Plaintiff shall have an opportunity to submit a proper amended complaint and is
4  advised that the amended complaint must fully allege the factual basis for his claims against each
5  defendant and cannot rely on a previously filed complaint.

6      Accordingly, IT IS HEREBY ORDERED that:

7      1. The second amended complaint (ECF No. 31) is DISREGARDED.

8      2. Plaintiff shall have thirty days from the service of this order to file a second amended
9  complaint that complies with this order and as outlined in the April 1, 2025 Screening Order. If
10 plaintiff fails to file a second amended complaint, the case will proceed on the first amended
11 complaint, as screened, and it will be recommended that plaintiff's retaliation claim against
12 defendant Barrier and all claims against defendants Crother, Volkov, Perry, and the CDC director
13 be dismissed without prejudice.

14     3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint
15 form used in this district.

16 DATED: May 12, 2025

17                                       ALLISON CLAIRE
18                                       UNITED STATES MAGISTRATE JUDGE