UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br>Plaintiff,<br>v.<br>CDC DIRECTOR, et al.,<br>Defendants. | No. 2:21-cv-2094 DAD AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 15, 2025, the undersigned conducted a settlement conference and this case settled. (ECF No. 45.) On July 8, 2026, plaintiff filed a letter objecting that the settlement funds were all applied to his restitution balance contrary to his understanding that only half of the funds would be so applied. (ECF No. 51.) Plaintiff states that he would never have settled the case if he knew 100% of the proceeds would be applied to restitution. (Id.)

The settlement of this action was placed on the court record. Counsel for defendants put the terms of the settlement on the record, which included the terms that the settlement would be reduced by any administrative costs and outstanding restitution balances. The Court confirmed with plaintiff that his agreement to the settlement was knowing and voluntary. The recorded settlement did not include a provision that only half of the settlement proceeds would be paid toward plaintiff's restitution balance.

Accordingly, IT IS HEREBY ORDERED that plaintiff's objections (ECF No. 51) are overruled.

Dated: August 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/lope2094.set